## THE PEOPLE *v.* BARRIOS.

### APPEAL from the District Court of Mayagüez

No. 162.—Decided March 18, 1909.

PENAL LAW—APPEAL—CARRYING FORBIDDEN ARMS—BILL OF EXCEPTIONS—MANIFEST ERRORS.—There being no bill of exceptions nor statement of facts, and no error appearing in the record, the judgment appealed from should be affirmed.

The facts are stated in the opinion.
The party appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The appellant in the above-mentioned case was charged in the Justice of the Peace court of San Germán with the crime of carrying forbidden arms, and upon being found guilty he appealed to the District Court of Mayagüez, which, on January 14 of the current year, also found him guilty of the crime charged and sentenced him to imprisonment for 40 days, or to pay a fine of $40, and the costs. An appeal having been taken from this judgment to this Supreme Court, and the transcript of the record having been examined, no bill of exceptions or statement of facts, which might indicate the grounds of the appeal, is found, or the evidence heard at the trial; nor does any error whatsoever appear to have been committed which would justify the reversal of the judgment appealed from, and consequently we propose that it be affirmed in every respect, with the costs of the appeal against the appellant.

*Affirmed.*

Acting Chief Justice Hernández and Justices Figueras and Wolf concurred.